**B. WILLIAMS, Appellant, v. STATE OF FLORIDA, Appellee**

27 So. (2nd) 530            June Term, 1946
September 24, 1946            Division B

    Affirmed.

---

**PERRY SUMMERALL, Appellant, v. ALMA SUMMERALL, Appellee**

27 So. (2nd) 530            June Term, 1946
September 24, 1946            Division B

    Affirmed.

---

**W. E. GUTHRIE, Appellant, v. J. H. DAUGHTREY, Appellee**

27 So. (2nd) 530            June Term, 1946
September 24, 1946            Division A

    Affirmed.

---

**WILLIAM J. DODGE, SR., HARRY CLEVES DODGE, and WILLIAM J. DODGE, JR., as Executor of the Last Will and Testament of CHARLES JEWETT SEABROOK, Deceased, Petitioners, v. MARGERY TIEMAN BIBEE, Respondent.**

27 So. (2nd) 530            June Term, 1946
September 24, 1946            Division B
Rehearing denied October 12, 1946

    Certiorari denied.

---

**ABE RHONE, et al., Appellants, v. VIRGINIA COLLINS, Appellee**

27 So. (2nd) 677            June Term, 1946
October 1, 1946            Division A

    Affirmed.

---

**ADOLPHUS WHITAKER, Appellant, v. STATE OF FLORIDA, Appellee.**

27 So. (2nd) 676            June Term, 1946
October 1, 1946            Division A

    Affirmed.